1  SCOTT N. SCHOOLS (SC 9990)
   United States Attorney
2
   MARK L. KROTOSKI (CSBN 138549)
3  Chief, Criminal Division

4  ALICIA W. FENRICK (CSBN 193860)
   Assistant United States Attorney
5
      1301 Clay Street, Suite 340S
6     Oakland, California 94618
      Telephone: (510) 637-3680
7     FAX: (510) 637-3724

8  Attorneys for Plaintiff

FILED
MAR 0 1 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) No. 06-00779 DLJ |
|---|---|
| Plaintiff, | ) STIPULATION AND [PROPOSED] |
| v. | ) ORDER CONTINUING STATUS DATE |
| KIM RENE LEWIS | ) |
| Defendant. | ) |

It is hereby stipulated by and between the parties that the status date scheduled for March 2, 2007 in the above captioned case be continued to March 16, 2007 at 9:00 a.m. The reason for the requested continuance is that counsel for the government must attend a medical appointment on March 2, 2007 which cannot be rescheduled. Counsel for the defendant will be out of town on March 9, 2007 so that the first date available for both counsel is March 16, 2007. The parties

//
//
//
//

STIPULATION AND ORDER CONTINUING STATUS DATE

further request that time be excluded under the Speedy Trial Act, 18 U.S.C. §3161(h)(8)(A) and (B)(iv) from the date of this Order to March 16, 2007 to allow for continuity of counsel.

DATED: February 28, 2007

/S/
ALICIA W. FENRICK
Assistant United States Attorney

DATED: February 28, 2007

/S/
JOYCE LEAVITT
Counsel for Defendant

## ORDER

GOOD CAUSE APPEARING, IT IS ORDERED that the status date in the above captioned case be continued to March 16, 2007 at 9:00 a.m.. IT IS FURTHER ORDERED that the time be excluded under the provisions of the Speedy Trial Act to March 16, 2007 because the ends of justice served outweigh the best interest of the public and the defendant in a speedy trial in order to allow for continuity of counsel under 18 U.S.C. §3161(h)(8)(A) and (B)(iv).

DATED: Mar 1, 2007

D. LOWELL JENSEN
United States District Judge

STIPULATION AND ORDER CONTINUING STATUS DATE