BARRY J. PORTMAN
Federal Public Defender
JOYCE LEAVITT
Assistant Federal Public Defender
555 12th Street, Suite 650
Oakland, CA 94607-3627
(510) 647-3500

Counsel for Defendant KIM RENE LEWIS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | No. CR 06-00779 DLJ (EMC) |
| Plaintiff, | ) | |
| | ) | STIPULATION AND [PROPOSED] |
| v. | ) | ORDER MODIFYING CONDITIONS |
| | ) | OF PRETRIAL RELEASE |
| KIM RENE LEWIS, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED, by and between the parties to this action, that the conditions of pretrial release for defendant Kim Rene Lewis may be modified to allow Ms Lewis to leave Center Point's residential drug treatment program ("Center Point") and reside in transitional housing as directed by United States Pretrial Services.  Ms. Lewis has been at Center Point for a number of months.  She is expected to graduate from the program at the end of this week.  She would like to live in transitional housing which is provided in conjunction with the outpatient phase of the Center Point program.  Pretrial Services officer Victoria Gibson has been notified and has no objection to this modification.  All other conditions of release would remain the same.

MODIFICATION OF RELEASE             - 1 -

/S/

DATED: April 4, 2007

JOYCE LEAVITT
Assistant Federal Public Defender

/S/

DATED: April 4, 2007

ALICIA FENRICK
Assistant United States Attorney

**I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.**

## ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the conditions of pretrial release for may be modified to allow defendant Kim Rene Lewis to leave Center Point's residential drug treatment program and reside in transitional housing at the direction of her United States Pretrial Services officer. All other conditions of release shall remain the same.

SO ORDERED.

DATED: 4/5/07

EDWARD M. CHEN
United States Magistrate Judge

MODIFICATION OF RELEASE                - 2 -