~~PROPOSED~~ ORDER/COVER SHEET

**FILED**
APR 25 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

TO: Honorable Wayne D. Brazil
U.S. Magistrate Judge

RE: KIM RENE LEWIS

FROM: Claudette M. Silvera, Chief
U.S. Pretrial Services Officer

DOCKET NO.: CR06-00779 DLJ

DATE: April 25, 2007

THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

Victoria Gibson
U.S. Pretrial Officer Specialist

510-637-3752
TELEPHONE NUMBER

RE: MODIFICATION OF CONDITIONS (OR INFORMATION/VIOLATION)

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☒ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. 4 on THURS., APR. 26, 2007 at 10:00 a.m.

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge_____ Presiding District Court Judge_____

☐ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☐ Modification(s)
A.
B.

☐ Bail Revoked/Bench Warrant Issued.

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties (AUSA and Defense Counsel).

☐ Other Instructions:

_____ /s/ Wayne D. Brazil       4-25-07
JUDICIAL OFFICER                                     DATE

cc: WDB's Stats, Copy to parties via ECF, Pretrial, Financial, Frances

Cover Sheet (12/03/02)

| | |
|---|---|
| **To:** | Honorable Wayne D. Brazil |
| | U.S. Magistrate Judge |
| **From:** | Victoria Gibson |
| | U.S. Pretrial Officer Specialist |
| **Subject:** | KIM RENE LEWIS |
| | CR06-00779 DLJ |
| **Date:** | April 25, 2007 |



# MEMORANDUM

Your Honor,

The above-referenced defendant is charged in an Indictment with violations of Title 18, United States Code, Section 1029(a)(2)- Knowingly and with Intent to Defraud, Traffic in, or Use One or More Unauthorized Access Devices; and Title 18, United States Code, Section 1344- Knowingly Execute, or Attempt to Execute, a Scheme or Artifice to Defraud a Financial Institution.  Your Honor ordered Ms. Lewis released on September 28, 2006, on a $50,000 unsecured bond with the following special conditions:

1) *The defendant shall report to Pretrial Services as directed;*
2) *The defendant shall not travel outside the counties of Alameda, Marin, and San Francisco;*
3) *The defendant shall not possess any firearm, destructive device, or other dangerous weapon;*
4) *The defendant shall surrender his/her passport forthwith and shall not apply for any new passport;*
5) *The defendant shall participate in drug/alcohol counseling and submit to drug/alcohol testing as directed by Pretrial Services*
6) *The defendant shall not use alcohol nor use or possess any narcotic or controlled substance without a prescription;*
7) *The defendant shall not change residence without the prior approval of Pretrial Services; and*
8) *The defendant shall reside full-time at Cornell Correction, pending her placement at Center Point's residential drug treatment program.*

On April 6, 2007, and upon successful completion of Center Point's six-month residential drug treatment program, the defendant's bond was modified to allow her to move to transitional housing.  Ms. Lewis was working full time and continuing to participate in Center Point's aftercare program.

MEMORANDUM FOR THE HONORABLE WAYNE D. BRAZIL
U.S. MAGISTRATE JUDGE
RE: KIM LEWIS            DOCKET#: CR06-00779 DLJ
PAGE 2

On April 24, 2007, the undersigned received messages from both the defendant and Center Point staff advising that the defendant had used methamphetamine and had tried to adulterate a urine test. Later in the day, this officer went to see Ms. Lewis at Whole Foods, in San Rafael, where she works in the meat department. Ms. Lewis explained that she had received some upsetting news about her significant other, and she handled it very poorly.

Pretrial Services spoke to Sandy Jason, supervising counselor for Center Point's women's program. The program made a decision late in the afternoon to terminate Ms. Lewis from transitional housing and aftercare. According to Ms. Jason, the details of the defendant's relapse are as follows. Last week, residents at the transitional program called staff at Center Point's residential program to advise that Ms. Lewis was displaying strange and concerning behavior. She was moody, her behavior was erratic, and she was up all hours of the night. She was confronted about her behavior but denied any drug use.

On April 22, 2007, the defendant submitted to a drug test which was negative for illicit substances. The next day, April 23, 2007, staff called the defendant in again to submit a urine sample. When Ms. Lewis arrived to test, her cell phone was reportedly ringing incessantly. She stalled, could not produce a sample, and eventually, after finally answering the phone, said she had to leave and would come back. According to staff, Ms. Lewis was taking care of her significant other's grandchildren (ages 5 and 6 years) for the day. She left them at a location where other "clean and sober" individuals congregate, and these individuals were calling, asking her to come and get the children. Ms. Lewis went and retrieved the children in her vehicle and brought them back to Center Point. When she went to urinate, a homemade contraption, ostensibly filled with another person's urine, fell into the toilet. At that point, the defendant admitted to having used methamphetamine. The sample tested preliminarily positive for both methamphetamine and PCP. It was sent to the laboratory for confirmation.

**RECOMMENDATION:** Pretrial Services is extremely concerned with the defendant's behavior. Not only did Ms. Lewis use illicit drugs soon after her graduation from residential drug treatment, but she attempted to adulterate a drug test, she operated a

MEMORANDUM FOR THE HONORABLE WAYNE D. BRAZIL
U.S. MAGISTRATE JUDGE
RE: KIM LEWIS                    DOCKET#: CR06-00779 DLJ
PAGE 3

motor vehicle while intoxicated, and she endangered the young children in her care. As an emergency placement, Pretrial Services directed the defendant to go to Cornell Corrections in San Francisco, California. Pretrial Services respectfully recommends that a violation hearing be scheduled before Your Honor as soon as possible.

This memorandum is presented for Your Honor's information and consideration.

Respectfully submitted,

VICTORIA GIBSON, U.S. Pretrial
Services Officer Specialist

Reviewed by,

Claudette M. Silvera, Chief
U.S. Pretrial Services Officer

cc:   Alicia Fenrick, AUSA
      Joyce Leavitt, FPD